**Dismiss and Opinion Filed June 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01327-CV

## MACARIO FLORES, Appellant

### V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05190-C**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice FitzGerald

By order dated March 28, 2014, we directed appellant to file his brief no later than April 27, 2014. When appellant failed to comply with the directive, we directed him again to file his brief and cautioned him that the appeal could be dismissed if he failed to file his brief by May 21, 2014. More than a week has passed since the deadline and appellant has not filed his brief or otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c).

131327F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MACARIO FLORES, Appellant

No. 05-13-01327-CV       V.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-13-05190-C.
Opinion delivered by Justice FitzGerald.
Justices Moseley and O'Neill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Federal National Mortgage Association recover its costs, if any, of this appeal from appellant Macario Flores.

Judgment entered June 18, 2014

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE